IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.    12-00384 |
| Cue Café, Inc., ) | |
| ) | Ch. 11 |
| Debtor. ) | |
| ) | Judge Jacqueline P. Cox |

**NOTICE OF MOTION FOR FINAL DECREE**

To:   Attached service list.

Please be advised that on June 28, 2011, at 10:00 a.m., **(This matter is already on the set call)**, we shall appear before the Honorable Judge Jacqueline P. Cox, or any judge sitting in her stead, in Courtroom 680 of the United States Bankruptcy Court, or any other courtroom therein, 219 South Dearborn St., Chicago, Illinois, and then and there present Debtor Cue Café, Inc.'s Motion for a Final Decree, a copy of which is attached and hereby served upon you. You may appear and be heard if you so desire.

/s/ Keevan D. Morgan

**CERTIFICATE OF SERVICE**

I, Keevan D. Morgan, caused a copy of this Notice of Motion for Final Decree, and Motion for Final Decree to be served upon the parties on the attached service list, by regular mail, on this 22st day of June, 2011.

/s/ Keevan D. Morgan

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd., Suite 4 East
Chicago, IL 60607
312.243.0006

## Service List
### 12-00384

| | | |
|---|---|---|
| Cue Café, Inc.<br>8729 W. 95th St.<br>Hickory Hills, IL 60457-1732 | US Bankruptcy Court<br>Eastern Division<br>219 S. Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | Romanoff & Dickett<br>c/o James Dickett<br>600 Hillgrove Avenue<br>Suite 1<br>Western Springs, IL 60558 |
| Faith A. Dolgin<br>100 W. Randolph St.<br>13th Floor<br>Chicago, IL 60601 | Department of the Treasury-IRS<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 |
| Food Handler's Welfare Fund<br>1649 W. Adams<br>2nd Fl.<br>Chicago, IL 60612 | Hill Creek Shopping Center, LLC<br>8711 W. 95th St.<br>Hickory Hills, IL 60457 | Ice Makers LLC<br>POBox 5346<br>Chicago, IL 60680-5436 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Internal Revenue Service<br>230 S. Dearborn<br>Room 2600<br>Chicago, IL 60604 | Sysco Food Services<br>250 Wieboldt Dr.<br>Des Plaines, IL 60016 |
| United Food & Commercial Workers<br>Local 1546 Health & Welfare Fund<br>Robert B. Greenberg/Asher Gittler<br>200 W. Jackson Blvd., #1900<br>Chicago, IL 60606-6942 | United Food Service LLC<br>1125 Howard St.<br>Elk Grove Village, IL 60007 | Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.    12-00384 |
| Cue Café, Inc., ) | |
| ) | Ch. 11 |
| Debtor. ) | |
| ) | Judge Jacqueline P. Cox |

**MOTION FOR FINAL DECREE**

Now comes the Debtor, Cue Café, Inc., ("Debtor"), by and through its attorney, Keevan D. Morgan of Morgan & Bley, Ltd., and requests this Honorable Court to enter a Final Decree closing the Debtor's case. In support of this Motion, the Debtor states as follows:

1. The plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that the Debtor has distributed its first payments to all its creditors, including: the Illinois Department of Revenue; the U.S. Internal Revenue Service; Food Handler's Welfare Fund; Hill Creek Shopping Center, LLC; Romanoff & Dickett; Sysco Food Services; United Food Service LLC; Ecolab; and Ice Makers, LLC and paid the final U.S. Trustee fees.

2. Local Bankruptcy Rule 3022-1 does not require any special time for giving notice of such motion. Local Bankruptcy Rule 3022-1 states in full:

> Unless the court orders otherwise, debtors or other parties in interest moving after chapter 11 plan confirmation either to close the case or enter a final decree shall (1) give notice of such motion to the United States Trustee, any chapter 11 trustee, and all creditors, and (2) state within the notice or motion the actual status of payments due to each class under the confirmed plan.

3. It is in the interests of judicial and private economy to enter Final Decree and close the case.

Wherefore, Debtor prays that this Honorable Court enters a Final Decree closing the case and for such other and further relief in its favor as is fair and just.

Cue Café, Inc.

/s/ Keevan D. Morgan

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd., Suite 4 East
Chicago, IL 60607
312.243.0006