UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Cue Cafe, Inc.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 12-00384<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

## FINAL DECREE

This cause coming on to be heard upon the Motion of the Debtor, Cue Cafe, Inc., for the entry of a final decree, it is hereby ordered as follows:

1. The Debtor's Motion for the entry of a final decree is granted.

2. This bankruptcy case is closed.

Enter: *Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: 6-28-12

**Prepared by:**
Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.; Suite 4 East
Chicago, Illinois 60607
312.243.0006

Rev: 20120501_bko